IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN SHEET METAL WORKERS HEALTH
AND BENEFIT FUND, MILWAUKEE AREA SHEET
METAL JOURNEYMEN AND APPRENTICESHIP
TRAINING FUND and PATRICK LANDGRAF
(in his capacity as Trustee),

SHEET METAL WORKERS UNION, LOCAL 18,

SHEET METAL WORKERS NATIONAL PENSION
FUND, SHEET METAL OCCUPATIONAL HEALTH
INSTITUTE TRUST FUND, NATIONAL ENERGY
MANAGEMENT INSTITUTE COMMITTEE,
NATIONAL TRAINING FUND FOR THE SHEET
METAL AND AIR CONDITIONING INDUSTRY and
BOARD OF TRUSTEES, SHEET METAL
WORKERS NATIONAL PENSION FUND,

      Plaintiffs,

v.                                  Case No.  11-CV-350-wmc

MAP SERVICES, LLC,

      Defendant.

ORDER FOR JUDGMENT

---

    Wherefore, the defendant, MAP Services, LLC, having failed to appear, plead or otherwise defend in this action, default having been entered on September 7, 2011, and counsel for plaintiff having demonstrated an inability to obtain access to or an audit of the defendant's books and records despite good faith efforts; and

    Wherefore, plaintiffs' counsel has previously filed and served adequate proof of its' attorney's fees and costs in this matter in the total amount of $879.42;

    Judgment is hereby awarded in favor of plaintiffs and against defendant MAP Services, LLC in that amount for failing to submit to an audit of its books in violation of ERISA and LMRA. The

clerk is directed to enter judgment in this amount and close this matter, subject to reopening upon good cause shown.

Entered this 16th day of November, 2011.

BY THE COURT:

WILLIAM M. CONLEY
District Judge