IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN SHEET METAL WORKERS HEALTH
AND BENEFIT FUND; MILWAUKEE AREA SHEET
METAL JOURNEYMEN AND APPRENTICESHIP
TRAINING FUND; PATRICK LANDGRAF; SHEET
METAL WORKERS UNION, LOCAL 18; SHEET
METAL WORKERS NATIONAL PENSION FUND;
SHEET METAL OCCUPATIONAL HEALTH
INSTITUTE TRUST FUND; NATIONAL ENERGY
MANAGEMENT INSTITUTE COMMITTEE;
NATIONAL TRAINING FUND FOR THE SHEET
METAL AND AIR CONDITIONING INDUSTRY; and
BOARD OF TRUSTEES, SHEET METAL WORKERS
NATIONAL PENSION FUND,

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-350-wmc

    Plaintiffs,

v.

MAP SERVICES, LLC,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs against defendant MAP Services, LLC, in the amount of $879.42 for attorney's fees and costs.


_____
Peter Oppeneer, Clerk of Court

11/17/11
Date