IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| WISCONSIN SHEET METAL WORKERS HEALTH AND BENEFIT FUND; MILWAUKEE AREA SHEET METAL JOURNEYMEN AND APPRENTICESHIP TRAINING FUND; PATRICK LANDGRAF; SHEET METAL WORKERS UNION, LOCAL 18; SHEET METAL WORKERS NATIONAL PENSION FUND; SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST FUND; NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE; NATIONAL TRAINING FUND FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY; and BOARD OF TRUSTEES, SHEET METAL WORKERS NATIONAL PENSION FUND, | JUDGMENT IN A CIVIL CASE<br><br>Case No. 11-cv-350-wmc |

      Plaintiffs,

v.

MAP SERVICES, LLC,

      Defendant.

---

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs against defendant MAP Services, LLC, in the amount of $879.42 for attorney's fees and costs.

 

*Peter Oppeneer*            11/17/11
_____     _____
Peter Oppeneer, Clerk of Court            Date